Daniel., J.
 

 Knowingly selling unwholesome provisions is a misdemeanor at the common law.
 
 State
 
 v
 
 Smith,
 
 3 Hawks 378. 2 East’s P. C. 822. 1 Rus. on Crimes, 115. The Judge charged the Jury, that it was not necessary that the meat sold should be such as to produce sickness or death, when éaíeii, if it was' in such a state as to' render it unfit to' be eaten, according to the usages of a decent and Christian people'. We think that the charge Was too broad'. The gist of the' offence consists in' the knowingly selling for lucre; provisions, which may be' injurious to the health of those who are to consume them. To support this indictment, the meat sold must have been' in such a state, that, if eaten, it would, by its noxious', unwholesome, and deleterious quality) have affected the health of those Who'were'to have consumed it.
 
 Rex.
 
 v
 
 Dixon,
 
 4 Camp. Rep. 12. The samé case before the Judges of the King’s Bench, 3 Maul, and Sel. 11. We are of the opinion that there must
 
 be
 
 a new trial.
 

 Per Curia-m-, New trial awarded-,-